The Honorable James L. Robart

Anne Marie Tavella, WSBA #41335
Jonathan DeMella, WSBA #36081
Davis Wright Tremaine LLP
188 W. Northern Lights Blvd, Ste. 1100
Anchorage, Alaska 99503
Telephone: 907-257-5345
Facsimile: 9074-257-5399

*Attorneys for Cherokee General Corporation and Hartford Fire Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of PINNACLE CRUSHING & CONSTRUCTION, LLC a Washington limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendant. | No. 2:17-cv-01908-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO MODIFY MINUTE ORDER SETTING TRIAL DATES AND RELATED DATES |
| UNITED STATES OF AMERICA, for the Use and Benefit of SCI INFRASTRUCTURE LLC; and SCI INFRASTRUCTURE LLC, a Washington limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CHEROKEE GENERAL CORPORATION, an Oregon corporation; and HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendants. | |

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO MODIFY
MINUTE ORDER SETTING TRIAL DATES AND RELATED DATES
Case No. 2:17-cv-01908-JLR     - 1

4853-2074-4314v.1 0105126-000003

Pursuant to the Stipulated Motion to Modify the Minute Order Setting Trial Dates,

IT IS HEREBY ORDERED:

1. The Court finds good cause to modify the Minute Order Setting Trial Dates.

2. The deadline for disclosures of expert testimony and amendments to pleadings shall be December 21, 2018.

3. The remaining deadlines in the Minute Order Setting Trial Dates shall remain in effect.

IT IS SO ORDERED.

DATED: November 14, 2018

Honorable James L. Robart

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO MODIFY
MINUTE ORDER SETTING TRIAL DATES AND RELATED DATES
Case No. 2:17-cv-01908-JLR    - 2 -

4853-2074-4314v.1 0105126-000003

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax