The Honorable James L. Robart

Anne Marie Tavella, WSBA #41335
Jonathan DeMella, WSBA #36081
Davis Wright Tremaine LLP
188 W. Northern Lights Blvd, Ste. 1100
Anchorage, Alaska 99503
Telephone: 907-257-5345
Facsimile: 9074-257-5399

*Attorneys for Cherokee General Corporation and Hartford Fire Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of PINNACLE CRUSHING & CONSTRUCTION, LLC a Washington limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendant. | No. 2:17-cv-01908-JLR<br><br><s>PROPOSED</s> ORDER GRANTING STIPULATED MOTION TO MODIFY ORDER GRANTING STIPULATED MOTION TO MODIFY MINUTE ORDER SETTING TRIAL DATES AND RELATED DATES |
| UNITED STATES OF AMERICA, for the Use and Benefit of SCI INFRASTRUCTURE LLC; and SCI INFRASTRUCTURE LLC, a Washington limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CHEROKEE GENERAL CORPORATION, an Oregon corporation; and HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendants. | |

*(signed) JLR*

PROPOSED ORDER GRANTING STIPULATED MOTION TO
EXTEND DEADLINES - 1
Case No. 2:17-cv-01908-JLR

4835-4061-6068v.1 0105126-000003

Pursuant to the Stipulated Motion to Modify the Order Granting Stipulated Motion to Modify Minute Order Setting Trial Dates and Related Dates ("Order"),

IT IS HEREBY ORDERED:

1. The Court finds good cause to modify the Order.

2. The deadline for disclosures of expert testimony and amendments to pleadings shall be December 31, 2018.

3. The remaining deadlines in the Minute Order Setting Trial Dates shall remain in effect.

IT IS SO ORDERED.

DATED: 22 Dec. 2018

_____
Honorable James L. Robart

PROPOSED ORDER GRANTING STIPULATED MOTION TO
EXTEND DEADLINES - 2
Case No. 2:17-cv-01908-JLR

4835-4061-6068v.1 0105126-000003