The Honorable James L. Robart

Anne Marie Tavella, WSBA #41335
Jonathan DeMella, WSBA #36081
Davis Wright Tremaine LLP
188 W. Northern Lights Blvd, Ste. 1100
Anchorage, Alaska 99503
Telephone: 907-257-5345
Facsimile: 9074-257-5399

*Attorneys for Cherokee General Corporation and Hartford Fire Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of PINNACLE CRUSHING & CONSTRUCTION, LLC a Washington limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendant. | No. 2:17-cv-01908-JLR<br><br>~~PROPOSED~~ ORDER GRANTING STIPULATED MOTION TO DISMISS |
| UNITED STATES OF AMERICA, for the Use and Benefit of SCI INFRASTRUCTURE LLC; and SCI INFRASTRUCTURE LLC, a Washington limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CHEROKEE GENERAL CORPORATION, an Oregon corporation; and HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendants. | |

PROPOSED ORDER GRANTING STIPULATED MOTION TO
DISMISS - 1
Case No. 2:17-cv-01908-JLR

4832-5211-6613v.1 0105126-000003

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

Pursuant to the Stipulated Motion to Dismiss,

IT IS HEREBY ORDERED:

The parties' claims and counterclaim are DISMISSED without prejudice.

IT IS SO ORDERED.

DATED: 14 January 2019

_____
Honorable James L. Robart

PROPOSED ORDER GRANTING STIPULATED MOTION TO DISMISS - 2
Case No. 2:17-cv-01908-JLR

4832-5211-6613v.1 0105126-000003

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax